UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE, INC.,
S. KATZMAN PRODUCE INC.,
KATZMAN BERRY CORP., AND ROBT.
T. COCHRAN & CO., INC.,

     *Plaintiffs,*

-*against*-

PP PRODUCE, INC., PETER PIPER
PRODUCE INC., PETER E. BARAKAT
AND PATRICIA A. CONSENZA,

*Defendant (s).*

CASE NO.: 16-CV-898 (PAE)

NOTICE OF APPEARANCE

### NOTICE OF APPEARANCE OF NARISSA A. JOSEPH
### AS COUNSEL TO PP PRODUCE INC. AND PETER E. BARAKAT

PLEASE TAKE NOTICE that I, Narissa A. Joseph, hereby respectfully enter my appearance for defendants PP Produce Inc. and Peter E. Barakat in the above captioned action, and request that copies of all papers in the action be served upon me at the address stated below.

I certify that I am admitted to practice in this Court.

Dated: March 28, 2016

**Law Office of Narissa A. Joseph**

/s/ Narissa A. Joseph
Narissa A. Joseph
277 Broadway, Suite 501
New York, NY 10007
(212) 233 – 3060
E-mail: njosephlaw@aol.com

*Attorneys for defendants*
*PP Produce Inc. and Peter*
*E. Barakat*